IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEVELIN DION RAY LAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-24-1028-F |
| ) | |
| JIMMY CLOCK et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

    On November 18, 2024, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (doc. no. 11), recommending that the court deny plaintiff's requests to proceed in forma pauperis and dismiss the complaint without prejudice unless plaintiff pays the full filing fee to the clerk of the court within twenty-one days of any order adopting the Report and Recommendation.

    Magistrate Judge Mitchell advised plaintiff of his right to file an objection to the Report and Recommendation by December 9, 2024, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. She also advised plaintiff that failure to make timely objection to the Report and Recommendation waives plaintiff's right to appellate review of both factual and legal questions therein contained.

    To date, plaintiff has neither filed an objection to the Report and Recommendation nor requested an extension of time to file one. With no timely objection to the Report and Recommendation being filed, the court accepts, adopts, and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation (doc. no. 11) issued by United States Magistrate Judge Suzanne Mitchell is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. Plaintiff's applications for leave to proceed in forma pauperis (doc. nos. 2, 7, and 9) are **DENIED**. This action will be dismissed without prejudice unless plaintiff pays the full filing fee to the clerk of court within twenty-one days of this order.

DATED this 19th day of December, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-1028p001.docx